FILED

December 17 2015

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 11-0244

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 11-0244

FILED

DEC 17 2015

*Ed Smith*
CLERK OF THE SUPREME COURT
STATE OF MONTANA

IN RE THE RULES FOR ADMISSION
TO THE BAR OF MONTANA

ORDER

By Order entered June 24, 2015, this Court directed the State Bar of Montana, working in conjunction with the Commission on Character and Fitness and the Board of Bar Examiners, to implement new rules or propose amendments to existing rules to accommodate the Court's approval of admission to the Montana Bar on motion. On November 12, 2015, the three entities submitted a joint packet of proposed amendments to the Rules for Admission to the Bar of Montana, Rules of Procedure of the Commission on Character and Fitness, and Board of Bar Examiners' Rules. The Court reviewed the proposals and discussed them at a public meeting held December 15, 2015, at which time additional amendments were approved.

IT IS THEREFORE ORDERED that the proposed rule changes as approved by the Court are ADOPTED. The Rules for Admission to the Bar of Montana, Rules of Procedure of the Commission on Character and Fitness, and Board of Bar Examiners' Rules are amended to read as shown in the attachment to this Order.

IT IS FURTHER ORDERED that the process approved by this Court in December 2014 for allowing voluntary reporting of pro bono activities by applicants for the Montana Bar Examination also shall extend to applicants for admission by transfer of UBE score and to applicants for admission by motion.

A copy of this Order and the attached rules shall be posted on the Court's website. In addition, the Clerk of this Court is directed to provide copies of the same to the Executive Director of the State Bar of Montana with the request that the Order and attachment be posted on the State Bar's website and notice published in the next issue of the *Montana Lawyer* magazine; to the Chair of the Commission on Character and Fitness; to the Chair of the Board of Bar Examiners; and to the Dean of the Alexander Blewett III School of Law at the University of Montana.

Dated this *17* day of December, 2015.

Chief Justice

Justices

2